## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE:           )     **CASE NO. 08-18750**

                    )

**MARY BRIGID,**       )     **JUDGE ARTHUR I. HARRIS**

                    )

     **Debtor.**       )     **TRANSMITTAL OF UNCLAIMED**

                    )     **FUNDS**

## TO THE CLERK OF COURT:

Check Nos. 1015 and 1016 in the amounts of $47.14 and $44.63 represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a).

| CREDITOR(S): | CLAIM NUMBER | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| Cleveland Heights<br>Division of Water<br>NE Ohio Regional Sewer District<br>40 Severance Circle<br>Cleveland Hts., OH 44118 | 2 | $188.10 | $47.14 |
| NE Ohio Regional Water District<br>40 Severance Circle<br>Cleveland Hts., OH 44118 | 3 | $178.07 | $44.63 |

*(handwritten annotations: 151694 #1015; 151695 #1016)*

DATED: January 12, 2011

*/s/ Mary Ann Rabin*

MARY ANN RABIN (#0000009)
Rabin & Rabin Co., L.P.A.
55 Public Square, Suite 1510
Cleveland, OH 44113
216-771-8084
Trustee-in-Bankruptcy

*(FILED stamp: U.S. BANKRUPTCY COURT, NORTHERN DISTRICT OF OHIO, CLEVELAND — 2011 JAN 13 PM 1:29 — FILED)*